IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * * | |
| v. | * * | CRIM. NO. 18-224 (BRM) |
| DANIEL ZUNIGA | * * * | |

*****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
FOR FELONY PLEAS AND/OR SENTENCINGS**

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1. The parties have worked diligently to reach a resolution through a stipulated plea agreement. The defendant does not want to jeopardize sentencing by undue delay and wishes to proceed with a sentencing hearing by video; 2. Inability to conduct in-person hearings for an indefinite period; 3.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date: November 22, 2021

_____
Honorable Brian Martinotti
United States District Judge